FILED'09 JUL 20 16:38 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PETER T. HARRELL, | ) Civil No. 08-3037-CL |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| SOUTHERN OREGON UNIVERSITY, et al., | ) |
| Defendants. | ) |

**PANNER, Judge.**

On May 29, 2009, Magistrate Judge Clarke entered an Order (docket # 47) denying Plaintiff's Motion (# 46) for referral to the Pro Bono Panel. Judge Clarke gave Plaintiff leave to renew his request if Defendants file a dispositive motion.

Plaintiff timely filed an Objection (# 48) to the Order. The matter now is before me pursuant to Fed. R. Civ. P. 72(a), which directs this court to "modify or set aside any part of the order that is clearly erroneous or is contrary to law."

I find no error. The objection is overruled.

/ / / /

/ / / /

1 - ORDER

**Conclusion**

Plaintiff's Objection (docket # 47) is overruled.

IT IS SO ORDERED.

DATED this _____ day of July, 2009.

_____
Owen M. Panner
United States District Judge

2 - ORDER