FILED'10 JUN 7 9:55USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER HARRELL,

        Plaintiff,                Civ. No. 08-3037-CL

    v.                             **ORDER**

SOUTHERN OREGON UNIVERSITY,
et al.,

        Defendants.

**PANNER, District Judge:**

    On March 24, 2010, Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R"), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the R & R, defendants filed a response to plaintiff's objections, and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error in the R & R.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#122) is adopted. Defendants' motion for summary judgment (#88) is GRANTED.

IT IS SO ORDERED.

DATED this ⎽⎽ day of June, 2010.

*(signature)*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER